**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CurioXR, Inc., | |
| Plaintiff, | Civil Action No. 7:26-cv-00123 |
| v. | JURY TRIAL DEMANDED |
| Meta Platforms, Inc. | |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff CurioXR, Inc. ("Plaintiff" or "CurioXR") alleges as follows, upon actual knowledge with respect to itself and its own acts and upon information and belief as to all other matters:

**NATURE OF THE ACTION**

1. This is a civil action for patent infringement under 35 U.S.C. § 271 *et seq.* Defendant Meta Platforms, Inc. ("Defendant" or "Meta") has implemented and distributed, without authorization, technology covered by two of CurioXR's patents—technology invented by its founder and CEO, Ethan Fieldman, to transform educational experiences for students.

2. CurioXR brings this action to enforce its patent rights, to protect its educational mission, and to ensure that innovation by small inventors is not wrongfully appropriated by global technology conglomerates. CurioXR seeks both equitable and monetary relief from Meta's willful infringement of CurioXR's patents.

3. CurioXR began as a mission-driven company founded by Mr. Fieldman, an educator, to address real challenges in classrooms. Through years of resource-intensive research and development, CurioXR created innovative solutions that have been deployed in schools and

universities across the United States, democratizing access to immersive learning by, for example, enabling students to directly engage with three-dimensional models in subjects such as anatomy and chemistry. Today, CurioXR owns a highly valuable portfolio of over thirty granted U.S. patents, all invented by Mr. Fieldman, at the intersection of virtual reality ("VR") and artificial intelligence technologies. This portfolio includes patents directed to intuitive, hand-controlled interactions in VR environments, including U.S. Patent Nos. 11,531,448 (the "'448 Patent") and 11,656,742 (the "'742 Patent") (collectively, the "Asserted Patents").[1]

4. Meta, through its Reality Labs division, has invested billions of dollars in research and development for its Quest VR headsets. Despite its vast resources and expenditures, Meta did not invent the patented features that enable intuitive hand-based interaction in virtual-reality environments.

5. Instead, Meta willfully appropriated CurioXR's innovations by introducing the "Direct Touch" feature in its Quest VR headsets, including the Quest 2, Quest Pro, Quest 3, and Quest 3S (collectively, the "Accused Products"). This feature allows users to interact with virtual environments using hand gestures, displaying application icons closer to the user's tracked body part, and enabling direct-touch interaction—precisely the technical solutions claimed in CurioXR's Asserted Patents.

6. The value that Meta and its leadership placed on this feature is evident: upon its debut, Meta's CEO, Mark Zuckerberg, personally touted the "Direct Touch" feature on his Instagram feed, highlighting it as a major advancement for the Quest platform, a post that garnered over 150,000 likes and widespread positive feedback:

---

[1] The Asserted Patents are attached hereto as Exhibits A and B.



*https://www.instagram.com/reel/Coxevyrvxmi*

7. By including the "Direct Touch" feature, Meta has been able to broaden the appeal of its Quest headsets beyond the niche gamer community to the general public, including older individuals and others who may have difficulty using the buttons on physical controllers.

8. Meta has distributed this feature to millions of users through software updates and has actively promoted its use in marketing materials, product manuals, and developer documentation. Meta instructs end users and third-party developers on the implementation and use of the Direct Touch and its hand-tracking capabilities, facilitating widespread adoption of CurioXR's patented technology.

9. As a result, CurioXR's inventions are now present in Meta's Quest product line, without authorization or compensation to CurioXR.

10. Meta's willful actions have directly impacted CurioXR's business and its ability to fulfill its educational mission.

11. CurioXR brings this action against Meta for its unauthorized use, making, offering to sell, selling, and/or importing of the Accused Products covered by at least one claim of the Asserted Patents.

## PARTIES

12. Plaintiff, CurioXR, Inc., is a corporation existing under the laws of Delaware with an address at 2510 NW 16th Avenue, Gainesville, FL 32605. CurioXR is a small American company with approximately eight employees and contractors, the majority of whom are based in the United States, including in Florida, Alabama, Louisiana, and Indiana. CurioXR's operations, research, and development are all directed from the United States.

13. Defendant, Meta Platforms, Inc., is a corporation existing under the laws of Delaware with offices located in this District at 300 West 6th Street, Austin, Texas 78701 and 607 West 3rd Street, Austin, Texas 78701. Meta may be served with process through its registered agent, the Corporation Service Company, at 211 East 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

14. This is an action for patent infringement arising under the patent laws of the United States. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

15. This Court has personal jurisdiction over Meta at least because Meta maintains multiple office locations in this District. Further, Meta has continuous and systematic affiliations with this District and has committed acts of direct and indirect infringement here, by, among other things, promoting, making, using, offering to sell, selling and importing products that infringe the Asserted Patents, and CurioXR's cause of action for patent infringement arises out of these activities.

16.    Venue is proper in this District under 28 U.S.C. § 1400(b) because Meta has committed acts of infringement in this District and maintains a regular and established place of business in this District, including at its 300 West Sixth Street, Austin, Texas 78701 and 607 West Third Street, Austin, Texas 78701 offices.

### CURIOXR BACKGROUND

17.    Ethan Fieldman has dedicated his life to improving access to education for children, including through CurioXR's augmented and virtual reality ("AR/VR") technologies. He has over twenty (20) years of experience teaching students in various capacities and is an accomplished entrepreneur who has founded several successful ventures.[2] For example, before founding CurioXR, Mr. Fieldman co-founded and led Algebra Nation, which later evolved into Math Nation, from 2012 to 2022. Math Nation is a comprehensive, standards-aligned K-12 math program that provides students with problem-based lessons, on-demand tutorial videos, and interactive practice tools.[3] This groundbreaking program now serves over one million students and has significantly improved algebra scores across several states.

18.    Mr. Fieldman founded CurioXR with a mission to (1) bring its award-winning extended reality ("XR") technology, which has been named a Cool Tools Award Finalist in the EdTech Awards and recognized as the official VR partner of the International Collegiate Learning Center Association, as well as receiving the FETC Best Immersive Technology Award, to students so they can learn in a "distraction-free, engaging, and immersive learning platform" at no cost; (2) collaborate with academic programs to enable college students to build their own XR portfolios

---

[2] *Ethan Fieldman*, University of Florida Lastinger Center for Learning, https://lastinger.center.ufl.edu/ethan-fieldman/.
[3] *Math Nation, Accelerate Learning*, https://acceleratelearning.com/mathnation/.

and enhance their job prospects; and (3) help researchers discover the most effective ways to learn using XR by enabling free or low-cost studies on its platforms.[4]

19.    As a part of CurioXR's mission, Mr. Fieldman devotes his time to integrating transformative AR/VR technology into classrooms across the United States.[5] This initiative includes his 501(c)(3) non-profit organization, VR in Schools Foundation Inc., which provides the award-winning CurioXR software and accompanying VR headsets to educational institutions. CurioXR's app is utilized with the Meta Quest headsets in K-12 schools, as well as colleges and universities, across the United States and abroad—all at no cost to these educational organizations. CurioXR not only helps students engage with their academic material but also works with students and teachers to co-develop targeted programs using CurioXR's award-winning technology to enhance interactive learning.

20.    CurioXR's educational software features hand tracking and an innovative AI-powered "Study Buddy" avatar designed to enhance students' learning experiences. For example, within the CurioXR app, students can use hand-tracking and direct-touch features to manipulate a three-dimensional anatomy model, including selecting, removing, and "grabbing" bones or other human body parts as needed to target their anatomy studies.

---

[4] CurioXR Mission, https://curioxr.org/mission/.
[5] CurioXR, https://curioxr.org/.



*https://curioxr.org/features-and-content/*

21.     And in CurioXR's chemistry module, students can build their own molecular models using CurioXR's innovative hand-tracking and direct-touch technology. For example, students can select certain compounds and molecular bonds from a two-dimensional interface, and incorporate them into a three-dimensional, interactive model. The improved direct-touch technology allows the student to "grab," "pinch," and "drag" the molecule so that it can be resized, brought closer to the user, pushed farther away, and seen from a variety of angles.

*https://curioxr.org/features-and-content/*

22.    Meta advertises and provides direct access to the CurioXR application through its website. The listing on Meta's website describes the application as a "groundbreaking" virtual and augmented reality application, identifies "Hand Tracking" as CurioXR's supported controller input, and describes the application as featuring "controller-free navigation."[6]

23.    Previous VR systems were optimized for use with a physical controller, which limited user interactions within the VR environment. Not only does a physical controller limit a user's interaction with the VR environment, but physical controllers require a user to manipulate physical buttons which can lead to accessibility issues. Physical controllers also require batteries, an added cost that can affect a controller's reliability.

---

[6] *Curio XR*, Meta, https://www.meta.com/experiences/curio-xr/6297642716922627/.

24.     These "traditional" VR environments were also not well-suited for intuitive hand-based interaction, leading to reduced immersion and usability when attempting to control the interface using hand gestures alone. Any hand tracking that was previously available was extremely limited. While users could "see" their hands in the VR environment, they were not able to *directly* interact with it using their hands. For example, the previous "laser pointing hands experience" can be slow to be recognized or not even recognized, difficult to quickly and accurately choose an application for launch, and less intuitive for moving between application selection screens. Accordingly, these traditional VR systems failed to provide a seamless and natural method for users to launch applications or interact with system settings using only their hands.



*https://developers.meta.com/horizon/blog/easy-controller-selection/*

25.     In line with its goal to enhance student engagement and interaction with their learning environment, CurioXR set out to improve the user's interactive experience with the VR environment by improving hand control. Specifically, CurioXR's innovations improve the ability

of the user to reach, press, grab, or otherwise interact with the application icons or similar menus and setting features in the VR environment, and to switch seamlessly between physical controllers and direct touch. This allows students to better engage with their academic material, including in ways not previously possible.

26.     CurioXR has invested significant resources in revolutionizing AR/VR in the educational space. CurioXR is proud of its innovative technology, as well as the time and resources it dedicated to fulfilling its mission. CurioXR protected its hard work by filing for patent protection of its hand-tracking and direct-touch technology.

## META & INFRINGING ACTIVITY

27.     Meta is one of the largest technology conglomerates in the world, commonly known for its popular social media platforms, such as Facebook, Instagram, WhatsApp, and Messenger, which have over three billion monthly active users. Meta also has a "Reality Labs" division that develops and sells Meta's Quest VR headset with AR capabilities. Meta released its first VR headset in 2019. Since then, Meta has routinely released updated models of its Quest VR headset.

28.     On information and belief, Meta's Quest VR headsets are primarily manufactured outside the United States through a long-standing partnership with Goertek, Inc. ("Goertek"), a Chinese electronics conglomerate headquartered in Shandong, China.[7] Reports indicate that Goertek is the assembler of Meta's finished Quest devices and also supplies key components, including audio modules and optical components.[8] In January 2024, Goertek announced a $280 million investment to establish new manufacturing capacity for consumer electronics products,

---

[7] *Meta struggles to decouple from Chinese supplier of AI smart glasses*, Financial Times (Sept. 16, 2025), https://ft.com/content/b397f80d-5772-483b-9e48-b9fa83279c75 (Exhibit F).
[8] *Why Meta's AR/VR Dreams Need China's Goertek*, ChinaTalk (Jan. 7, 2026), https://www.chinatalk.media/p/why-metas-arvr-dreams-need-chinas; *Meta Ray-Ban Display Part 1*, KGOnTech (Oct. 30, 2025), https://kgontech.com/meta-ray-ban-display-part-1/.

including VR and AR devices, in Bac Ninh Province, Vietnam.[9] In its annual SEC filings, Meta has disclosed that the manufacturing of its consumer hardware products "depends on a small number of third parties, often with significant operations in a single region such as Asia."[10] A March 2023 teardown analysis found that Chinese-made components accounted for approximately 18% of the Meta Quest Pro's total component costs—a fourfold increase over the prior-generation Quest 2—and that this percentage may understate the true figure, as approximately 35% of component costs could not be attributed to a country of origin.[11] On information and belief, the Accused Products are manufactured abroad and imported into the United States before being offered for sale and sold to American consumers.

29.    In 2023, Meta released its "Direct Touch" feature for its Quest VR headsets. Meta advertised this feature as allowing the user to "swipe through content," "tap on objects like buttons and icons," "and grab and move a panel as you would a physical tablet."[12] Meta pushed the Direct Touch feature in a software update to its then-current Meta Quest 2 models. This feature has been present in every Meta Quest model since—including Meta's Quest Pro, Quest 3, and Quest 3S.

---

[9] *Goertek to invest another $280 million in Vietnamese consumer electronics subsidiary*, Vietnam Investment Review (Jan. 16, 2024), https://vir.com.vn/goertek-to-invest-another-280-million-in-vietnamese-consumer-electronics-subsidiary-108325.html.

[10] Meta Platforms, Inc., Annual Report (Form 10-K) (fiscal year ended Dec. 31, 2025), https://www.sec.gov/ix?doc=/Archives/edgar/data/0001326801/000162828026003942/meta-20251231.htm; *see also* Meta Platforms, Inc., Annual Report (Form 10-K) (fiscal year ended Dec. 31, 2024), https://www.sec.gov/ix?doc=/Archives/edgar/data/1326801/000132680125000017/meta-20241231.htm; Meta Platforms, Inc., Annual Report (Form 10-K) (fiscal year ended Dec. 31, 2023), https://www.sec.gov/ix?doc=/Archives/edgar/data/1326801/000132680124000012/meta-20231231.htm (same disclosure in each year).

[11] *VR goggles teardown: A 3D look inside the Meta Quest Pro*, Nikkei Asia (Mar. 24, 2023), https://asia.nikkei.com/static/vdata/infographics/vr-goggle-disassembly/.

[12] *Learn about Direct Touch on Meta Quest*, https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOop-Rbt5o9JoAE3Key852aWL5MiafbcdzOomZYHAk0SjFk1B4O9R.

30.    On information and belief, Meta has been aware of CurioXR and its patented technology since at least January 2024. On or about January 30, 2024, Mr. Fieldman, CurioXR's founder and CEO, presented materials to Meta personnel, including Mr. David Wehner and Mr. Jarred Kennedy, disclosing CurioXR's extensive patent portfolio covering AR/VR, XR, and AI technologies and proposing that Meta license CurioXR's intellectual property. On or about March 19, 2025, Mr. Fieldman presented additional materials to Meta personnel, including Mr. Kennedy and Ms. Claudia Romanini Backus, highlighting CurioXR's patent portfolio and demonstrating CurioXR's hand-tracking and direct-touch technology. Rather than partnering with (or licensing from) the small educational company that pioneered these innovations, Meta continued to sell the Accused Products, incorporating the hand-tracking and direct-touch technology Mr. Fieldman had demonstrated.

31.    Meta's knowledge of CurioXR's hand-tracking technology is further evidenced by the fact that Meta advertises and provides direct access to the CurioXR application through its website. The listing on Meta's website describes the CurioXR application as a "groundbreaking" virtual and augmented reality application featuring "controller-free navigation," and identifies "Hand Tracking" as CurioXR's supported controller input. [13] The listing further identifies the application as compatible with the Meta Quest 2, Meta Quest 3, Meta Quest 3S, and Meta Quest Pro, the same product lines accused of infringement in this action. CurioXR's application was first listed on Meta's website on May 30, 2023, meaning that Meta was advertising an application featuring hand-tracking and controller-free technology months before Mr. Fieldman's first presentation to Meta personnel on or around January 2024.

---

[13] *Curio XR*, Meta, https://www.meta.com/experiences/curio-xr/6297642716922627/.

32.     Despite knowledge of CurioXR's patent portfolio, including the Asserted Patents, with its "Direct Touch" feature, Meta advertises its "Hand and Body Tracking," that allows a user to "use your hands or controllers to interact with your surroundings."[14] News publications further reported that "Meta is improving Quest hand tracking so you can touch buttons," and that it "will be easier than before to use your hands for certain functions instead of relying on the Quest controllers or a pinch gesture."[15]

33.     In addition to making and selling products with these features, Meta actively promotes and instructs its customers how to use the Direct Touch and hand-tracking features. Meta provides information and technical support, including in promotional materials, product manuals, brochures, videos, demonstrations, and website materials, that demonstrate the infringing functionality and encourage customers to use the accused features in an infringing manner.

34.     For instance, Meta has published an article titled, "Use Your Fingers (Not Controllers) to Swipe Through the VR Interface on Meta Quest," showing its customer how to use the Direct Touch hand-tracking feature to select applications without controllers.

---

[14] *Learn about Hand and Body Tracking on Meta Quest*, https://www.meta.com/help/quest/290147772643252/?srsltid=AfmBOop6OGMJROCmXIH3M LlraGrvPVTcr5eM4HLuV5K52WkbHgLT97LI.

[15] Jay Peters, *Meta is improving Quest hand tracking so you can touch buttons and type on virtual keyboards* (Feb. 21, 2023), https://www.theverge.com/2023/2/21/23609001/meta-quest-pro-hand-tracking-direct-touch-v50.



*https://about.fb.com/news/2023/02/meta-quest-direct-touch-use-your-fingers-in-vr/*

The article announces that Meta's "Direct Touch experimental feature lets you tap and swipe through the Meta Quest interface in your Home environment — just like a phone or tablet." It instructs users that "once you enable Direct Touch . . . you can tap buttons with your index finger to adjust your settings or select a game from your library, quickly type out messages on the virtual keyboard and more."

35.    Meta has also published a Help Center article titled, "Learn about Direct Touch on Meta Quest," providing gesture instructions to customers:

# Learn about Direct Touch on Meta Quest

★ 14 Likes    Updated:  38 weeks ago

Direct Touch on Meta Quest allows you to directly tap and scroll on panels with your hands. You can swipe through content like the apps in your library, tap on objects like buttons and icons, and grab and move a panel as you would a physical tablet.

**Here are some of the gestures you can use with Direct Touch:**

- Tap objects with one finger to select them.
- Scroll and swipe with one finger to navigate menus.
- Type on a virtual keyboard by touching the keys.
- Grab and reposition panels by grabbing them from the edge. You can also move panels by highlighting the edge using your index finger, then pinch your index finger and thumb together to select the panel and move it.
- Grab and resize panels by grabbing them from the corner.
- Look at your palm and pinch your thumb and index finger together to access the Quick Actions Menu. Keep your thumb and index finger pinched together to navigate the Quick Actions Menu. To select something from the menu, highlight it and unpinch your fingers.
- You can also double tap the sides of your controllers together to manually transition to using your hands.

Learn more about hand and body tracking on Meta Quest.

*https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOorEfN7RzAySq7WAUpXH H0W9kUN7ABoT-LkVnMWeb-ipxKuSCtgv*

The Help Center article highlights certain gestures that users can perform, including instructing users to "Tap objects with one finger to select them," "Scroll and swipe with one finger to navigate menus," and "Grab and resize panels by grabbing them from the corner."

36.     Meta further provides developer documentation that instructs developers how to implement Direct Touch functionality in various applications and interface types, including on Unity Canvas interfaces:



*https://developers.meta.com/horizon/documentation/unity/unity-isdk-direct-touch/*

37. To date, Meta continues to sell and promote its infringing "Direct Touch" feature, encourages end users to use this feature, and provides developer tools enabling third-party implementation of the patented technology.

**THE ASSERTED PATENTS**

38. CurioXR's innovative technology has resulted in numerous patents, including the Asserted Patents.

39. The Asserted Patents address a specific technological problem in VR user interfaces and claim a novel technical solution. As the Asserted Patents explain, conventional VR systems suffered from a technological deficiency: when users switched from physical controllers to using their hands, "the VR application selection interface remain[ed] the same" and required users to "make a pinch or similar pointing gesture to simulate laser pointing from the fingertips of the hand." '448 Patent, 1:32-35; '742 Patent, 1:41-44. This other approach, labeled the "laser pointing

hands experience" in the Asserted Patents, was inadequate because "the laser pointing effect could be slow to be recognized or not even recognized, difficult to quickly and accurately choose an application for launch, and be less intuitive for moving between application selection and applications selection screens as compared to use of the physical controller for which the application selection interface is more compatible." '448 Patent, 1:42-48; '742 Patent, 1:51-57.

40.    The Asserted Patents' claims are directed to specific, novel technical solutions to this problem: an improved interface where icons appear closer to the user's tracked body part, enabling direct-touch interaction instead of the unreliable laser pointing. Specifically, Claims 1 and 8 of the '448 Patent recite "a first grouping" of a plurality of icons that "appears closer to a body part of the user that is tracked by a camera" than another second grouping of icons "that is displayed to the user when the user is using a physical controller," where the icons are "operatively linked to launch" a software application "when interacted with by a pushing, pulling, tapping, pressing or sliding action of the body part of the user directly" on the icon. '448 Patent, Claims 1, 8. Claim 12 of the '448 Patent recites a method implementing this technical solution by "detecting that a user using a virtual reality environment via a virtual reality hardware device is not using or has discontinued use of a physical device controller," "displaying to the user a first grouping of a plurality of icons . . . wherein the first grouping is displayed to appear closer to a body part of the user that is tracked by a camera to interact with the first grouping than another second grouping of software application and setting icons displayed to the user when the user was using the physical device controller," and "launching" "a respective software application" or "activating" "a virtual reality platform system setting" in response to receiving a "control input." '448 Patent, Claim 12.

41.    Claims 1 and 8 of the '742 Patent recite "a first software application icon" that appears "closer to a body part of the user that is tracked by a camera" than a "second software

17

application icon" that is "displayed to the user when the user is using a physical controller," where the icons are "operatively linked to launch" an application when "interacted with by a pushing, pulling, tapping, pressing or sliding action of the body part of the user directly" on the icon. '742 Patent, Claims 1, 8. Claim 12 of the '742 Patent recites a method implementing this technical solution by "detecting that a user . . . is not using or has discontinued use of a physical device controller," and displaying "a body interactive icon" that "is displayed to appear closer to a body part of the user that is tracked by a camera to interact with the body interactive icon than a physical controller icon," and "launching" "a respective software application" or "activating" "a virtual reality platform system setting" in response to receiving a "control input." '742 Patent, Claim 12.

42.    The claims thus recite the specific technical improvements of displaying icons at a particular position relative to the user's tracked body part, receiving input through direct-touch interaction, and launching applications or activating settings in response, which solve the identified technological problems of unreliable laser-pointing interfaces of conventional systems. These patented features are embodied in the Accused Products.

43.    Dependent claims of the Asserted Patents recite additional technical features of these technical improvements. For example, the dependent claims include displaying the software application icon as a "3-dimensional button" that launches applications or activates settings when interacted with by a user's hand or finger ('448 Patent Claims 2, 9, 13; '742 Patent Claims 2, 9, 13); "up and down arrows displayed as buttons" that are operatively linked to scrolling icons when directly interacted with by the user's hand or finger ('448 Patent Claims 3, 4, 14; '742 Patent Claims 3, 4, 14); displaying the icons "within an apparent distance of a user's arm length to the user" ('448 Patent Claims 5, 6, 7, 10, 11; '742 Patent Claims 5, 6, 7, 10, 11); and "determining an apparent distance relative to the user" that the icons "should be displayed to be within a touching

18

distance of the user" based on "an arm's length of a user,"  "a height of the user," or "a predetermined value representing average arms' length for a predetermined group of persons" ('448 Patent Claims 15–20; '742 Patent Claims 15–20). Each of these patented features further specifies the technical improvements that solve the identified problems in conventional systems.

**COUNT I:**
**Infringement of U.S. Patent No. 11,531,448**

44.    CurioXR repeats and incorporates by reference all prior allegations above.

45.    The United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,531,448 on December 20, 2022, titled "Hand Control Interfaces and Methods in Virtual Reality Environments." A true and correct copy of the '448 Patent is attached as Exhibit A.

46.    CurioXR owns all rights, title, and interest in the '448 Patent, including the right to bring this suit for injunctive relief and damages, and including the right to sue and recover all past, present, and future damages.

47.    Meta has been on notice of the '448 Patent and a specific factual basis for its infringement of the '448 Patent since at least on or around March 27, 2026.

48.    Meta has, under 35 U.S.C. §271(a), directly infringed, literally and/or under the doctrine of equivalents, and continues to directly infringe, one or more claims, including without limitation at least Claims 1 and 12 of the '448 Patent, by making, using, testing, selling, leasing, licensing, offering for sale, and/or importing into the United States the Accused Products. Claim charts comparing exemplary independent Claims 1 and 12 of the '448 Patent to representative Accused Products are attached as Exhibits C and D and incorporated by reference herein.

49.    Meta has also indirectly infringed, and continues to indirectly infringe, the '448 Patent under 35 U.S.C. §§ 271(b) and (c). Meta has willfully, knowingly, and intentionally actively aided, abetted, and induced others to directly infringe at least Claims 1 and 12 of the '448 Patent

19

under 35 U.S.C. § 271(b), such as its customers in this District and throughout the United States, and continues to do so by, for example, selling, offering for sale, and encouraging its customers in this District and throughout the United States to use its Accused Products in an infringing manner by providing information and technical support, including in promotional materials, product manuals, brochures, videos, demonstrations, and website materials.

50.     Meta has contributed to, and continues to contribute to, the direct infringement of at least Claim 12 of the '448 Patent under 35 U.S.C. § 271(c) by, for example, supplying, with knowledge of the '448 Patent, a material part of the claimed combination, where such material part is not a staple article of commerce and is incapable of substantial non-infringing use. For example, Meta's hand-tracking software that displays application icons closer to the user for hand interaction than controller interaction is a material part of the claimed combination and specifically designed and intended to facilitate selecting applications on an electronic device with hand tracking, as claimed. There are no substantial non-infringing uses of Meta's hand-tracking application selection interface other than as claimed in the '448 Patent. Meta has contributed to, and continues to contribute to, its customers' and/or other third parties' infringement because, with knowledge of the '448 Patent, Meta supplies, and continues to supply, the technology that allows its customers to infringe the '448 Patent.

51.     Meta's infringement of the '448 Patent has been willful and exceptional in view of the above, as well as its failure to take any action, even after being put on notice, to stop its infringement, or inducement of, or contribution to, infringement by others.

52.     As a result of Meta's infringement of the '448 Patent, CurioXR is entitled to monetary damages in an amount adequate to compensate for Meta's infringement, but in no event

less than a reasonable royalty for the use made of the inventions by Meta, together with interest and costs as fixed by the Court.

**COUNT II:**
**Infringement of U.S. Patent No. 11,656,742**

53.     CurioXR repeats and incorporates by reference all prior allegations above.

54.     The United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,656,742 on May 23, 2023, titled "Hand Control Interfaces and Methods in Virtual Reality Environments." A true and correct copy of the '742 Patent is attached as Exhibit B.

55.     CurioXR owns all rights, title, and interest in the '742 Patent, including the right to bring this suit for injunctive relief and damages, and including the right to sue and recover all past, present, and future damages.

56.     Meta has been on notice of the '742 Patent and a specific factual basis for its infringement of the '742 Patent since at least on or around March 27, 2026.

57.     Meta has, under 35 U.S.C. §271(a), directly infringed, literally and/or under the doctrine of equivalents, and continues to directly infringe, one or more claims, including without limitation at least Claim 1 of the '742 Patent, by making, using, testing, selling, leasing, licensing, offering for sale, and/or importing into the United States the Accused Products. A claim chart comparing exemplary independent Claim 1 of the '742 Patent to representative Accused Products is attached as Exhibit E and incorporated by reference herein.

58.     Meta has also indirectly infringed, and continues to indirectly infringe, the '742 Patent under 35 U.S.C. §§ 271(b) and (c). Meta has willfully, knowingly, and intentionally actively aided, abetted, and induced others to directly infringe at least Claim 1 of the '742 Patent under 35 U.S.C. § 271(b), such as its customers in this District and throughout the United States, and continues to do so by, for example, selling, offering for sale, and encouraging its customers in this

21

District and throughout the United States to use its Accused Products in an infringing manner by providing information and technical support, including in promotional materials, product manuals, brochures, videos, demonstrations, and website materials.

59.   Meta has contributed to, and continues to contribute to, the direct infringement of at least Claim 1 of the '742 Patent under 35 U.S.C. § 271(c) by, for example, supplying, with knowledge of the '742 Patent, a material part of the claimed combination, where such material part is not a staple article of commerce and is incapable of substantial non-infringing use. For example, Meta's hand-tracking software that displays application icons closer to the user for hand interaction than controller interaction is a material part of the claimed combination and specifically designed and intended to facilitate selecting applications on an electronic device with hand-tracking, as claimed. There are no substantial non-infringing uses of Meta's hand-tracking application selection interface other than as claimed in the '742 Patent. Meta has contributed to, and continues to contribute to, its customers' and/or other third parties' infringement because, with knowledge of the '742 Patent, Meta supplies, and continues to supply, the technology that allows its customers to infringe the '742 Patent.

60.   Meta's infringement of the '742 Patent has been willful and exceptional in view of the above, as well as its failure to take any action, even after being put on notice, to stop its infringement, or inducement of, or contribution to, infringement by others.

61.   As a result of Meta's infringement of the '742 Patent, CurioXR is entitled to monetary damages in an amount adequate to compensate for Meta's infringement, but in no event less than a reasonable royalty for the use made of the inventions by Meta, together with interest and costs as fixed by the Court.

## PRAYER FOR RELIEF

WHEREFORE, CurioXR requests that this Court enter judgment in its favor on each and every claim for relief set forth above and award relief including, but not limited to, the following:

An Order that Meta has infringed, either literally and/or under the doctrine of equivalents, at least one claim of each Asserted Patent under at least 35 U.S.C. § 271(a);

An Order that Meta induced and contributed to infringement of at least one claim of each Asserted Patent under at least 35 U.S.C. §§ 271(b) and (c);

A judgment against Meta awarding CurioXR damages adequate to compensate CurioXR for Meta's acts of patent infringement for each of the Asserted Patents, together with pre-judgment and post-judgment interest and costs, under 35 U.S.C. § 284;

A judgment and order that Meta has willfully infringed the Asserted Patents and award to CurioXR all other damages permitted under 35 U.S.C. § 284, including enhanced damages up to three times the amount of compensatory damages found;

An Order permanently restraining and enjoining Meta, its officers, agents, servants, attorneys, and employees; and any other persons who are in active concert or participation with any of them, from further acts of infringing the Asserted Patents including, but not limited to, making, importing, promoting, offering, or exposing for sale, or selling the Accused Products;

A judgment that this is an exceptional case and awarding CurioXR its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

Any and all other relief as the Court deems appropriate and just under the circumstances.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, CurioXR respectfully demands a trial by jury on all issues properly triable by a jury.

Dated: April 2, 2026

Respectfully submitted,

/s/ *Eric H. Findlay*

Eric H. Findlay (Texas Bar No. 00789886)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: 903-534-1100
efindlay@findlaycraft.com

Rajeev Gupta (*pro hac vice* forthcoming)
Karthik Kumar (*pro hac vice* forthcoming)
Daniel F. Roland (*pro hac vice* forthcoming)
Daniel F. Klodowski (*pro hac vice* forthcoming)
C. Collette Corser (*pro hac vice* forthcoming)
Victor M. Palace (*pro hac vice* forthcoming)
Jordan M. Cowger (*pro hac vice* forthcoming)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
raj.gupta@finnegan.com
karthik.kumar@finnegan.com
daniel.roland@finnegan.com
daniel.klodowski@finnegan.com
collette.corser@finnegan.com
victor.palace@finnegan.com
jordan.cowger@finnegan.com

*Attorneys for Plaintiff CurioXR, Inc.*

24