# EXHIBIT D

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| [12.pre] A method for providing an interactive control interface in a virtual reality environment comprising: | Upon information and belief, certain of Meta's Quest 2, as well as Meta's Quest Pro, Quest 3, Quest 3S, and Quest Pro 2 (collectively, the "Accused Products") are configured to execute a method for providing an interactive control interface in a virtual reality environment. Exemplary evidence is included below:<br><br>The "Direct Touch" feature debuted with the Quest v50 Software update in March 2023 on the Meta Quest 2:<br><br>"The new experimental feature is called 'Direct Touch,' and it's included with the Quest v50 software update that's rolling out now. After weeks of waiting, the update finally arrived for me, so, of course, I immediately flipped it on.<br><br>When hand tracking is on, the Quest 2 uses its external-facing cameras to follow your hands, and inside the headset, you'll see them in VR as dark hand-like shadows. (CEO Mark Zuckerberg's video of Direct Touch, which looks to be taken from a Quest Pro, shows more hand / arm detail.) You can use those shadows to approximate when your hand will "touch" a menu or window in front of you. With Direct Touch, when you make 'contact,' things will start to scroll or light up."<br><br>https://www.theverge.com/2023/3/24/23653554/meta-quest-direct-touch-hand-tracking-v50-vr-interaction-future<br><br>"Direct Touch on Meta Quest allows you to directly tap and scroll on panels with your hands. You can swipe through content like the apps in your library, tap on objects like buttons and icons, and grab and move a panel as you would a physical tablet. Here are some of the gestures you can use with Direct Touch:<br><br>• Tap objects with one finger to select them. . . ."<br><br>https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOop6Uf6vd2-n-vZCn4BeOH3NqbeD28MCViWe_2j5_uU-H5OzB-As<br><br>Example with the Meta Quest 3: |

1

## Infringement Claim Chart for US Patent No. 11,531,448

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| |  |
| [12.a] detecting that a user using a virtual reality environment via a virtual reality hardware device is not using or has discontinued use of a physical device controller used to interact with the | Upon information and belief, certain Accused Products are configured to execute a method including detecting that a user using a virtual reality environment via a virtual reality hardware device is not using or has discontinued use of a physical device controller used to interact with the virtual reality environment. Exemplary evidence is included below:<br><br>"Use Simultaneous Hands and Controllers (Multimodal)<br><br>Updated: Aug 23, 2024<br><br>Multimodal input provides simultaneous tracking of both hands and controllers. It also indicates whether the controller(s) are in hand or not. Multimodal input allows users to enjoy the benefits of both worlds: they can use hands for immersion, and controllers for accuracy and haptics. When enabled, Multimodal input overrides other transition methods, including auto transitions and double tap. . . . |

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| virtual reality environment; | Instant transition between hands and controllers: With hand tracking active, we can instantly identify when the controllers are no longer in the hand. This minimizes the need for manual transitions and solves the problems of slow or failed auto transitions."<br><br>https://developers.meta.com/horizon/documentation/unity/unity-multimodal/ |
| [12.b] displaying to the user a first grouping of a plurality of icons each representing at least one of a software application and a virtual reality platform system setting after said detecting, wherein the first grouping is displayed to appear closer to a body part of the user that is tracked by a camera to interact with the first grouping than another second grouping of software application and setting icons displayed to the user when the user was using the physical device controller in the virtual reality environment; | Upon information and belief, certain of the Accused Products include displaying to the user a first grouping of a plurality of icons each representing at least one of a software application and a virtual reality platform system setting after said detecting, wherein the first grouping is displayed to appear closer to a body part of the user that is tracked by a camera to interact with the first grouping than another second grouping of software application and setting icons displayed to the user when the user was using the physical device controller in the virtual reality environment. Exemplary evidence is included below:<br><br>Using the Meta Quest 3, a particular user interface screen can be dragged closer or further from the user by grabbing or pinching the interface screen by hand or by physical controller. Direct Touch is available when the user is close enough to the interface screen.<br><br>When the user is closer to the interface (whether by dragging the interface closer or by the user stepping closer), the user can interact with the interface—and the first grouping of a plurality of icons (including software application icons and system setting icons) thereon—directly with their hands (without the need for any projecting pointer or pinching of the index finger and thumb).<br><br>When the user is further from the interface, the user interacts with said interface—and the second grouping of software application and setting icons thereon—using a physical controller or with a pointer and pinching<br><br><u>Tutorial:</u><br><br>Option 1: As an example, the first grouping of a plurality of icons, including at least a software application (Instagram) and a virtual reality platform system setting, are on one screen, and the screen is closer to a body part of the user, than the second grouping of software application and setting icons that are displayed to the user when the user is using a physical controller. |

3

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| | <br><br>Option 2: Two separate screens are open at different distances from the user, where the first grouping of a plurality of icons, including at least a software application (Instagram) and a virtual reality platform system setting icon, is closer to a body part of the user than a second grouping of software application and setting icons |

4

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| | How Hand and Body Tracking works<br><br>"Hand and Body Tracking works by using the cameras on Meta Quest headsets. Our software analyzes images of your hands and body from the cameras in real time to estimate the position and orientation of your hands and body"<br><br>https://www.meta.com/help/quest/290147772643252/ |
| [12.c] receiving a control input selecting a chosen | Upon information and belief, the Accused Products receive a control input selecting a chosen icon of the first grouping from the user that appears as a direct touching body interaction from the user to the chosen icon. Exemplary evidence is included below: |

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| icon of the first grouping from the user that appears as a direct touching body interaction from the user to the icon; | Direct Touch:<br><br>"Direct Touch on Meta Quest allows you to directly tap and scroll on panels with your hands. You can swipe through content like the apps in your library, tap on objects like buttons and icons, and grab and move a panel as you would a physical tablet.<br><br>Here are some of the gestures you can use with Direct Touch:<br><br>• Tap objects with one finger to select them.<br><br>• Scroll and swipe with one finger to navigate menus. . . ."<br><br>https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOop6Uf6vd2-n-vZCn4BeOH3NqbeD28MCViWe_2j5_uU-H5OzB-As |
| [12.d] launching, in response to receiving the control input, a respective software application that is linked to the chosen icon if the icon represents a software application; and | Upon information and belief, the Accused Products launch, in response to receiving the control input, a respective software application that is linked to the chosen icon if the chosen icon represents a software application. Exemplary evidence is included below: |

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
|---|---|
| | Opening Instagram using Direct Touch: <br><br> The chosen icon is on one screen, and the software application (Instagram) is launched by tapping the chosen icon. <br><br>  |
| [12.e] activating, in response to receiving the control input, a virtual reality platform system setting that is linked to the chosen icon if the icon | Upon information and belief, the Accused Products activate, in response to receiving the control input, a virtual reality platform system setting that is linked to the chosen icon if the chosen icon represents a virtual reality platform system setting. Exemplary evidence is included below: <br><br> Activating a Setting <br><br> Tapping directly on the system setting icon to activate a setting: |

**Infringement Claim Chart for US Patent No. 11,531,448**

| U.S. Patent No. 11,531,448 | Accused Products |
| --- | --- |
| represents a virtual reality platform system setting. |  |