# EXHIBIT E

**Infringement Claim Chart for US Patent No. 11,656,742**

| U.S. Patent No. 11,656,742 | Accused Products |
|---|---|
| [1.pre] A virtual reality environment selection interface comprising: | Upon information and belief, certain of Meta's Quest 2, as well as Meta's Quest Pro, Quest 3, Quest 3S, and Quest Pro 2 (collectively, the "Accused Products") include a virtual reality environment selection interface. Exemplary evidence is included below: <br><br> The "Direct Touch" feature debuted with the Quest v50 Software update in March 2023 on the Meta Quest 2: <br><br> "The new experimental feature is called 'Direct Touch,' and it's included with the Quest v50 software update that's rolling out now. After weeks of waiting, the update finally arrived for me, so, of course, I immediately flipped it on. <br><br> When hand tracking is on, the Quest 2 uses its external-facing cameras to follow your hands, and inside the headset, you'll see them in VR as dark hand-like shadows. (CEO Mark Zuckerberg's video of Direct Touch, which looks to be taken from a Quest Pro, shows more hand / arm detail.) You can use those shadows to approximate when your hand will "touch" a menu or window in front of you. With Direct Touch, when you make 'contact,' things will start to scroll or light up." <br><br> https://www.theverge.com/2023/3/24/23653554/meta-quest-direct-touch-hand-tracking-v50-vr-interaction-future <br><br> "Direct Touch on Meta Quest allows you to directly tap and scroll on panels with your hands. You can swipe through content like the apps in your library, tap on objects like buttons and icons, and grab and move a panel as you would a physical tablet. Here are some of the gestures you can use with Direct Touch: <br><br> • Tap objects with one finger to select them. . . ." <br><br> https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOop6Uf6vd2-n-vZCn4BeOH3NqbeD28MCViWe_2j5_uU-H5OzB-As <br><br> Example with the Meta Quest 3: |

## Infringement Claim Chart for US Patent No. 11,656,742

| U.S. Patent No. 11,656,742 | Accused Products |
|---|---|
| |   |
| [1.a] a first software application icon displayed in a virtual reality environment to a user using a virtual reality hardware device, wherein the first software application icon appears closer to a body part of the user that is tracked by a camera of the virtual reality hardware device to interact with the first software application icon than another second software | Upon information and belief, the Accused Products include a first software application icon displayed in a virtual reality environment to a user using a virtual reality hardware device, wherein the first software application icon appears closer to a body part of the user that is tracked by a camera of the virtual reality hardware device to interact with the first software application icon than another second software application icon that is displayed to the user when the user is using a physical controller in the virtual reality environment. Exemplary evidence is included below: |
| | Using the Meta Quest 3, a particular user interface screen can be dragged closer or further from the user by grabbing or pinching the interface screen by hand or by physical controller. Direct Touch is available when the user is close enough to the interface screen. |
| | When the user is closer to the interface (whether by dragging the interface closer or by the user stepping closer), the user can interact with the interface—and the first software application icons thereon—directly with their hands (without the need for any projecting pointer or pinching of the index finger and thumb). |

**Infringement Claim Chart for US Patent No. 11,656,742**

| U.S. Patent No. 11,656,742 | Accused Products |
|---|---|
| application icon that is displayed to the user when the user is using a physical controller in the virtual reality environment; and; | When the user is further from the interface, the user interacts with said interface—and the second software application icons thereon—using a physical controller or with a pointer and pinching.<br><br>Instagram Application Icon:<br><br>Option 1: As an example, the first software application icon (Instagram) is on one screen, and the screen is closer to a body part of the user (either by dragging the interface closer or by the user stepping closer) than the second software application icon (Instagram) that is displayed to the user when the user is using a physical controller.<br><br> |

**Infringement Claim Chart for US Patent No. 11,656,742**

| U.S. Patent No. 11,656,742 | Accused Products |
|---|---|
| | Option 2: Two separate screens are open at different distances from the user, where the first software application icon is closer to a body part of the user than a second software application icon.<br><br><br><br>"How Hand and Body Tracking works<br><br>Hand and Body Tracking works by using the cameras on Meta Quest headsets. Our software analyzes images of your hands and body from the cameras in real time to estimate the position and orientation of your hands and body"<br><br>https://www.meta.com/help/quest/290147772643252/ |
| [1.b] the first software application icon operatively linked to launch a respective software application when interacted with by a pushing, pulling, tapping, pressing or sliding action of the | Upon information and belief, in the Accused Products, the first software application icon is operatively linked to launch a respective software application when interacted with by a pushing, pulling, tapping, pressing or sliding action of the body part of the user directly on the first software application icon, wherein the first software application icon and the second software application icon are operatively linked to launch the same respective software application. Exemplary evidence is included below:<br><br>Direct Touch: |

## Infringement Claim Chart for US Patent No. 11,656,742

| U.S. Patent No. 11,656,742 | Accused Products |
|---|---|
| body part of the user directly on the first software application icon, wherein the first software application icon and the second software application icon are operatively linked to launch the same respective software application. | "Direct Touch on Meta Quest allows you to directly tap and scroll on panels with your hands. You can swipe through content like the apps in your library, tap on objects like buttons and icons, and grab and move a panel as you would a physical tablet. Here are some of the gestures you can use with Direct Touch: <ul><li>Tap objects with one finger to select them.</li><li>Scroll and swipe with one finger to navigate menus. . . ."</li></ul> https://www.meta.com/help/quest/804044858396824/?srsltid=AfmBOop6Uf6vd2-n-vZCn4BeOH3NqbeD28MCViWe_2j5_uU-H5OzB-As <br><br>Opening Instagram using Direct Touch: <br><br>Option 1: The software application icon is on one screen, and the software application is launched by tapping the first software application icon. <br><br> |

**Infringement Claim Chart for US Patent No. 11,656,742**

| | |
|---|---|
| | Option 2: Two separate screens are open at different distances from the user. Each of the screens includes a software application icon linked to launch the same respective software application (Instagram).  Option 3: Two separate screens are open at different distances from the user. One of the screens includes the menu bar with the first software application icon (Instagram). The further screen includes a second software application icon (Instagram). Both the first and second application icons are linked to launch the same respective software application (Instagram). After tapping or pressing on the first software application icon in the menu bar, Instagram is launched. |

## Infringement Claim Chart for US Patent No. 11,656,742

| U.S. Patent No. 11,656,742 | Accused Products |
| --- | --- |
| |  |